FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MULTISTAR INDUSTRIES, INC.,<br><br>Defendant. | No.   2:21-cv-00130-SMJ<br><br>**ORDER APPROVING STIPULATED CONSENT DECREE** |

Before the Court, without oral argument, is Plaintiff United States of America's Unopposed Motion to Enter Consent Decree, ECF No. 3. The Court ordered the parties to address a clerical error in the original Consent Decree, ECF No. 3-1, which the parties did. ECF Nos. 5, 6. Having reviewed the amended Consent Decree, ECF No. 6-1, and the pleadings and file in this matter, the Court finds the proposed consent decree is procedurally and substantively fair and reasonable. Accordingly, under Federal Rule of Civil Procedure 54, the Court grants the United States' motion to approve the parties' stipulated Consent Decree.

**IT IS HEREBY ORDERED**:

**1.** The United States' Unopposed Motion to Enter Consent Decree, **ECF No. 3**, is **GRANTED**.

ORDER APPROVING STIPULATED CONSENT DECREE – 1

**2.**   The parties' amended Consent Decree, **ECF No. 6-1**, is **APPROVED** and **ADOPTED** as the **final judgment** of this Court.

**3.**   The Clerk's office is directed to docket the approved and adopted consent decree, **ECF No. 6-1**, with this Court's signature.

**4.**   All hearings and other deadlines are **STRICKEN**.

**5.**   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge